·JOHNSON & STEVENS *v.* BUTLER.

Whilst an attachment proceeding is auxiliary to the original, or main cause, yet it is also of such an independent character, within the meaning of section 1555 of the Code, that an appeal will lie from an order dissolving or sustaining the same.

*Appeal from the Dubuque District Court.*

THIS is an appeal from an order dissolving an attachment. The appellee moved to dismiss the ·appeal, for the reason, that this court cannot revise such an order of the District ·Court.

*Nightengale & Wilson,* for the motion.

*Smith, McKinlay & Poor, contra.*

WRIGHT, C. J.—This court has an appellate jurisdiction ,over all final judgments and decisions of any of the district , courts, as well in cases of civil actions, properly so called, as in proceedings of a special or independent character. Code, § 1855. And while an attachment proceeding, is auxiliary to the original or main cause, yet it is also of such an independent character, within the meaning of the above section, that an appeal will lie from an order dissolving or sustain-·ing the same.

Motion overruled.